JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DE LARA, an Individual; AMANDA DE LARA, an Individual; SHANTE TREJO, an Individual; and JULIAN DE LARA, a minor by and through his guardian ad litem Victor De Lara,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; GARRETT SHAW; EAN HOLDINGS, LLC; ENTERPRISE HOLDINGS, INC.; ENTERPRISE HOLDINGS, LLC; and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-08927 JFW (JEMx)<br><br>**ORDER DIMISSING CASE WITHOUT PREJUDICE** |

Having reviewed the stipulation of the parties, and finding good cause, the Court issues the following order:

1

Stipulation

1. This action is dismissed without prejudice to the parties proceeding in state court on this matter.

2. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

June 7, 2022

_____
U.S. District Court Judge